UNITED STATES, Appellee

v

WILLIAM S. NELSON, JR., Private, U. S. Marine Corps, Appellant

20 USCMA 184, 43 CMR 24

No. 23,344

December 4, 1970

*Lieutenant George F. McGunnigle, Jr.,* JAGC, USNR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel Charles J. Keever*, USMC, and *Commander Michael F. Fasanaro, Jr.*, JAGC, USN, were on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

The military judge in this case granted the appellant's written request to be tried by military judge alone without further inquiry whether the request was "understandingly made." (Paragraph 53d(2)(b), Manual for Courts-Martial, United States, 1969 (Revised edition).) The omission is nonprejudicial, however. United States v Jenkins, 20 USCMA 112, 42 CMR 304 (1970), and United States v Turner, 20 USCMA 167, 43 CMR 7 (1970).

Accordingly, we affirm the decision of the United States Navy Court of Military Review.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent.

I would reverse the decision of the Court of Military Review and direct that a rehearing may be ordered for the reasons set forth in my separate opinions in United States v Jenkins, 20 USCMA 112, 42 CMR 304 (1970), and United States v Turner, 20 USCMA 167, 43 CMR 7 (1970).